RECEIVED
IN MONROE, LA
AUG 1 9 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **WARNER D. WILLIAMS** | CIVIL ACTION NO. 05-0505 |
| **VERSUS** | JUDGE ROBERT G. JAMES |
| **WARDEN, OUACHITA PARISH CORRECTIONAL CENTER** | MAG. JUDGE JAMES D. KIRK |

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the Court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

MONROE, LOUISIANA, this 19 day of August, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE